# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH,<br><br>    Plaintiff,<br><br>  v.<br><br>COALINGA STATE HOSPITAL,<br><br>    Defendant. | Case No. 1:14-cv-01861-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR OUTSIDE INVESTIGATOR (ECF Nos. 10, 14) |

    Plaintiff Roland Thomas Koch ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action. On January 23, 2015, Plaintiff filed multiple requests seeking an outside investigator to help investigate the alleged violations of rules and policies by Coalinga State Hospital. (ECF Nos. 10, 14.)

    The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. *See Tedder v. Odel*, 890 F.2d 210 (9th Cir.1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff in the instant requests. Accordingly, Plaintiff's motions for the appointment of an outside investigator are HEREBY DENIED.

IT IS SO ORDERED.

    Dated:   **February 2, 2015**            /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28